■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY BEAMON, Appellant.—Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered on September 5, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC PILOTTI, Appellant.—Order, Supreme Court, Bronx County (Walter Schackman, J.), entered on April 6, 1988, unanimously affirmed. Motion by appellant for permission to file a reply brief is granted. Concur—Sullivan, J. P., Carro, Milonas, Ellerin and Smith, JJ.